# Order

Michigan Supreme Court
Lansing, Michigan

February 25, 2020

160662 & (30)(31)(32)(33)(34)(35)(36)
(37)(38)(39)(42)(43)(44)(48)
(49)(50)(51)(52)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DAVARIO TERRELL LIPSEY,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160662
COA: 349503
Saginaw CC: 15-041309-FC

On order of the Court, the application for leave to appeal the November 13, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for release on bond pending appeal, motion for relief from judgment, motions for evidentiary hearing, motion for expansion of record, motions to remand, motions to dismiss complaint, motion to dismiss arrest warrant and suppress evidence, motion for disclosure of informant, motion to suppress search warrant and evidence, motion to suppress physical evidence, motion to dismiss arrest warrant, motion to amend, motion for directed verdict of acquittal, motion to correct the record, and motion for appointment of counsel are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2020



Clerk

t0224